**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Domonique Natasha Briggs, et al.

                         Plaintiff,

v.                                          Case No.: 1:15−cv−10447
                                          Honorable Amy J. St. Eve

PNC Financial Services Group, Inc., et al.

                         Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, March 16, 2016:

      MINUTE entry before the Honorable Amy J. St. Eve: The Court, in its discretion, grants Plaintiffs' pre−discovery motion for conditional certification pursuant to the FLSA [23]. The parties should be prepared to address the manner in which notice will be given at the 3/21/16 status hearing. [For further details, see separate Memorandum Opinion and Order.] Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.